# UNITED STATES DISTRICT COURT
## FOR THE
### DISTRICT OF MARYLAND

05 - 0572M - 01

2005 FEB 14 P 6:00

UNITED STATES OF AMERICA
vs.
YOUNG, VERONICA A

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| R0099653 | 11/17/2004 |
| MY10 | |

THEFT/GOV'T PROPERTY
FTA 1/24/05
05-106M

Defendant.

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

FILED
NOV 0 1 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# WARRANT OF ARREST

You are hereby commanded to arrest and bring the above named defendant forthwith before the nearest available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ **MANDATORY** may be Forfeited in Lieu of Appearance.

Date: February 1, 2005

United States Magistrate Judge
HON. CHARLES B. DAY

## RETURN

| RECEIVED | DATE 2/01/05 | LOCATION |
|---|---|---|

EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.

| DATE 11/01/05 | LOCATION USMS 333 Constitution Ave NW Washington DC 2001 |
|---|---|

Name: Fitzgerald Derrick    Title: DUSM    District: 016 DC/DC
Date: 11/01/05    Signature: ___