# United States District Court
## Violation Notice

| Loc. Code | Violation No. | Print Officer Name | Officer No. |
|---|---|---|---|
| MY-10 | R 0099653 | W. Willis | W2682 |

0099653

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 17 Nov 04 / 3:30 PM
Offense Charged: Title 18 See 641 USCode
Place of Offense: Bldg #1811 Main Exchange Andrews AFB / AFB MD Prince Georges County
Offense Description: Theft of AAFES / Government Property

**Defendant Information**
Last Name: Young
First Name: Veronica
MI: A.
#1 Female

**VEHICLE DESCRIPTION**
D.L. State: DC

A ☐
B ☐ YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS
☒ YOU MUST MARK ONE OF THE TWO CHOICES BELOW AND MAIL THIS FORM WITHIN 21 DAYS. SEE INSTRUCTIONS
☐ I wish to terminate this matter by paying the collateral shown below, enclosed
☐ I plead not guilty and promise to appear as required

**YOUR COURT DATE**

Court Address: Central Violations Bureau
P.O. Box 740026
Atlanta, GA 30374-0026

Collateral (fine): ___
Signature: MH

For payment by credit card, SEE INSTRUCTIONS

DD FORM 1805, SEP 1998   Original CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 17 Nov, 2004 while exercising my duties as a law enforcement officer in the Andrews AFB District of P.G. County

Dispatched to Bldg. 1811 for possible shoplifting. Arrived on scene and made contact with Avery, Raso and McDonald. They stated that Young admitted to stealing clothing and that they already recovered all of the items. Avery, who worked in the ladies department, saw an older pair of jeans in Young's cart which lead Avery to call store security. Store Detectives conducted an investigation and observed Young physically remove clothes from her jacket, remove security tags and place her jacket into her bags and put on new clothes on in an unknown stall.

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 17 Nov 04
Officer's Signature: W. Willis

Executed on: ___
U.S. Magistrate Judge

Probable cause has been stated for the issuance of a warrant.

DD FORM 1805 (BACK), SEP 1998