**United States District Court**
**For the District of Columbia**
**333 Constitution Avenue, NW**
**Washington, D.C. 20001**
Date: 11/15/05

```
                    FILED            ENTERED
                    LODGED           RECEIVED

                    NOV 1 6 2005

                    AT GREENBELT
              CLERK U.S. DISTRICT COURT
              DISTRICT OF MARYLAND
         BY                             DEPUTY
```

Nancy Mayer-Whittington
Clerk of the Court

Address of Other Court: United States Courthouse
                       Second Floor
                       6500 Cherrywood Lane
                       Greenbelt, Md. 20770

          RE: CR 05-572M (Veronica A. Young)

Dear Clerk of the Court:

   Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

  X   Docket Sheet                          Warrant of Removal

  X   Complaint (Warrant)                   Order of Removal

      Minute Order Appointing Counsel       Detention Order

      Corporate Surety Bond           X     Waiver of Removal

      Personal Surety Bond

  X   Other- Conditions of Release, Blotter dated 11/1/05, 11/2/05, 11/4/05 & 11/8/05


   Please acknowledge receipt of the above documents on the enclosed copy of this letter.

                                    Sincerely yours,

                                    Nancy Mayer-Whittington,
                                    Clerk of the Court

                                    By: _____
                                        Deputy Clerk

**RECEIVED**

NOV 21 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT